FILED
U.S. DISTRICT COURT
2026 OCT 29 PM 2:41
S.D. OF N.Y.W.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cletus Blackman-Gay

Write the full name of each plaintiff.

26 CV 09478

_____CV_______________

(Include case number if one has been assigned)

-against-

Do you want a jury trial?

☑ Yes ☐ No

1199 SEIU Health Care Workers East

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

# EMPLOYMENT DISCRIMINATION COMPLAINT

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

# I. PARTIES

## A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Cletus G Blackman-Gay

First Name Middle Initial Last Name

270 S 1st Ave

Street Address

Mount Vernon NY 10550

County, City State Zip Code

914-392-6027 Cletus Blackman-Gay

Telephone Number Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1: 1199 SEIU Health Care Workers East

Name

498 Sevent Ave

Address where defendant may be served

New York NY 10018

County, City State Zip Code

Defendant 2:

Name

Address where defendant may be served

County, City State Zip Code

Defendant 3:

______________________________
Name

______________________________
Address where defendant may be served

______________________________
County, City State Zip Code

## II. PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

1199 SEIU Health Care Workers East
Name

498 Seventh Ave
Address

New York NY 10018
County, City State Zip Code

## III. CAUSE OF ACTION

### A. Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☐ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐ race: ______________________

☐ color: ______________________

☐ religion: ______________________

☐ sex: ______________________

☐ national origin: ______________________

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: ______________________________

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: ______________

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: ______________________

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: ______________________

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

**B. Other Claims**

In addition to my federal claims listed above, I assert claims under:

☐ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

________________________________________________

## IV. STATEMENT OF CLAIM

### A. Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐ did not hire me
- ☐ terminated my employment
- ☐ did not promote me
- ☐ did not accommodate my disability
- ☐ provided me with terms and conditions of employment different from those of similar employees
- ☑ retaliated against me
- ☐ harassed me or created a hostile work environment
- ☑ other (specify): ______________________________

______________________________

### B. Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

In the recent officers and Delegate election I endorsed and supported the existing president of 1199SEIU George Gresham, he and his officers lost the election Two weeks after the swearing in of the Winners I was asked to join a meeting with the HR Interim Director and one of their Lawyer, I was informed that I was dismissed

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

— To be continued next page 5-5

Page 5-5

however I later discovered that there were ~~three~~ three more employees in my department who was on the president's ballot of which I was not that they did not dismiss.

I have been a Union member at on of the Unionized hospital for 9 years and have been on Staff for more than 22 Years as most of us know Covid destroyed the structure we had in place to address staff issues with management therefore I iniated the revitalization of this process and disagreed with some of the office and was supported by the then President (G.G.) and we put committees in place to address the issues that came up time to time I only say all this to say I was targeted because of my ability to ensure a fair and safe working environment if you were to ask anyone in the Organization they will say I am a good and faithful servant of the members and staff of this Union.

## V. ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

- ☑ Yes (Please attach a copy of the charge to this complaint.)

  When did you file your charge? 04-13-2026

- ☐ No

Have you received a Notice of Right to Sue from the EEOC?

- ☑ Yes (Please attach a copy of the Notice of Right to Sue.)

  What is the date on the Notice? 08-03-2026

  When did you receive the Notice? __________

- ☐ No

## VI. RELIEF

The relief I want the court to order is (check only those that apply):

- ☐ direct the defendant to hire me
- ☑ direct the defendant to re-employ me
- ☐ direct the defendant to promote me
- ☐ direct the defendant to reasonably accommodate my religion
- ☐ direct the defendant to reasonably accommodate my disability
- ☑ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

I believe I am entitled to money damages because, I have been unemployed for more than a ~~half~~ year and a half (1 year and a half), had to pay Cobra Insurance for my daughter who was in a program to eliminate Sickle Sell disease which had to be continued for the next 9-10 month

## VII. PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

10-29-2026
Dated

[signature]
Plaintiff's Signature

Cletus
First Name

G
Middle Initial

Blackman-Gay
Last Name

270 S 1st Ave
Street Address

Mount Vernon
County, City

NY
State

10550
Zip Code

914-392-6027
Telephone Number

cletusblackmangay@icloud.com
Email Address (if available)

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 08/03/2026

**To:** Mr. Cletus Gay
270 south 1st ave apt# 3rd floor
MOUNT VERNON, NY 10550

Charge No: 520-2026-04825

EEOC Representative and email: ALEXANDER ADESHCHENKO
SUPERVISORY INVESTIGATOR
ALEXANDER.ADESHCHENKO@EEOC.GOV

---

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 520-2026-04825.

On behalf of the Commission,

Digitally Signed By:ARLEAN NIETO
08/03/2026

ARLEAN NIETO
ACTING DISTRICT DIRECTOR

**Cc:**
Laureve Blackstone
Levy Ratner, PC
Levy Ratner, P.C. 80 8th Ave., 8th Floor
New York, NY 10011

1199SEIU UNITED HEALTHCARE WORKERS EAST
498 7th ave
NYC, NY 10018

Cecilia Charles-James
1199SEIU United Healthcare Workers East
498 7th Ave
New York, NY 10018

Please retain this Notice for your records.

Enclosure with EEOC Notice of Closure and Rights (05/25)

# INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court* ***under Federal law****. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal**. You should **keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to: https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 520-2026-04825 to the District Director at ARLEAN NIETO, 33 Whitehall St 5th Floor, New York, NY 10004.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 520-2026-04825 to the District Director at ARLEAN NIETO, 33 Whitehall St 5th Floor, New York, NY 10004.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

P. 3

# 1199SEIU
United Healthcare Workers East

PRESIDENT
Yvonne Armstrong

SECRETARY TREASURER
Veronica Turner-Biggs

SENIOR EXECUTIVE VICE PRESIDENTS
Charles Nystrom
Nadine Williamson

EXECUTIVE VICE PRESIDENTS
Jacqueline Alleyne
Michael Ashby
Lisa Brown
Andy Cassagnol
Roger Cumberbatch
Adekemi Gray
Todd Hobler
Leigh Howard
Benson Mathew
Cari Medina
Brian Morse
Roxey Nelson
Rona Shapiro
Greg Speller
Daine Williams

VICE PRESIDENTS AT LARGE
Shaywaal Amin
Dreana Bellamy
Cody Denari
Anthony Garcia
David Greenberg
Tyrek Lee
Anthony Peterson
Lystra Sawney Campbell

VICE PRESIDENTS
Madeline Bovain
Lorraine Brown-Zanders
Evelyn Campos
DeQuaisa Canales
Patrick Clarke
Kareem Cooper
Mark Criswell
Raymont Dorsey
Marie Elder
Harold Fong-Sam
Vladimir Fortunny
Nicholas Franklyn
Julia Gittens
Kim Gooden
Katia Guillaume
Rebecca Gutman
Farah Hargett
Tracey Harrison
Carietta Heirs
Coleen Hemmings
David Kwai Ho
Sharon Hunter
Orville James
Keith Joseph
Rafael Justo
LaTenya King
Nicholas Kojkowski
Angela Lane
Kevin Lockhart
Kathleen Loper
Janelle Manigault
Donta Marshall
Erica Michaud
Maurice Mintz
Robert Morris
Anita Morrison
Margarette Nerette
Jennifer Ortiz-Patton
Taren Peterson
Taleisha Reid
Danielle Ringgold
Lena Rodriguez
James Scordato
Joy Scott
Berta Silva
Josh Silver
Nick Smith
Brenda Spry
Cory Syms
Julio Vives
Marlon Washington
Sheron Whitter
Mary Wilsie
Patricia Wilson
Ray Wilson
Sui Ling Xu
Grace Bogdanove
Veloria Napier

GENERAL COUNSEL
Pamela Jeffrey

CHIEF FINANCIAL OFFICER
Lucy Chen

June 16, 2025

Cletus Blackman-Gay
Cletus.Gay@1199.org

**E-MAILED**

Dear Cletus,

As communicated in a meeting with you today, the leadership of 1199SEIU United Healthcare Workers East has terminated you for cause effective today. Specifically, you are being terminated due to your conduct during the recent Officers' Election, including but not limited to inappropriate conduct and legitimate concerns over your ability and willingness to carry out the plans of the newly elected leadership going forward. Leadership will seek the Executive Council's approval for your termination on Friday, June 20, 2025.

In recognition of your service, 1199 is offering you the opportunity to resign (or retire, if eligible) in lieu of termination. The Union will agree to accept your resignation and pay out severance in accordance with the Employee Manual and your years of service, provided all Union property and records are returned in accordance with the Constitution. If you choose to resign, you must notify me, in writing by email, by 5pm on Tuesday, June 17. If you choose to resign, you have 22 years of service and are eligible for 22 weeks of severance. In addition, you have 19 days of vacation. In addition, to the extent you are eligible for less than 26 weeks of severance, the Union will not object to an application for unemployment insurance. Please note that if the Executive Council sustains the decision to terminate you for cause, you are no longer eligible for any severance.

Thank you for your service and we wish you the best.

Sincerely,

Cecilia Charles-James

Cecilia Charles-James
Interim Staff Support Director

NEW YORK CITY PRINCIPAL HEADQUARTERS
498 7th Avenue
New York, NY 10018
(212) 582-1890
www.1199seiu.org

CAPITAL REGION
33 Tech Valley Drive, Suite 101
East Greenbush, NY 12061
Tel. (518) 396-2300
Fax (518) 992-5099

BALTIMORE, MARYLAND
611 North Eutaw Street
Baltimore, MD 21201
Tel. (410) 332-1199
Fax (410) 332-1291

MASSACHUSETTS
108 Myrtle Street, 4th Fl
Quincy, MA 02171
Tel. (617) 284-1199
Fax (617) 474-7150

BUFFALO
2421 Main Street, Suite 100
Buffalo, NY 14214
Tel. (716) 982-0540
Fax (716) 876-0930

FLORIDA
2881 Corporate Way
Miramar, FL 33025
Tel. (305) 623-3000
Fax (305) 826-1604

GOUVERNEUR
93 E. Main Street
Gouverneur, NY 13642
Tel. (315) 287-9013
Fax (315) 287-7226

HICKSVILLE
100 Duffy Ave., Suite 300 West
Hicksville, NY 11801
Tel. (516) 542-1115
Fax (516) 542-0919

NEW JERSEY
555 Route 1 South, Suite 301A
Iselin, NJ 08830
Tel. (732) 287-8113
Fax (732) 287-8117

ROCHESTER
259 Monroe Ave., Suite 220
Rochester, NY 14607
Tel. (585) 244-0830
Fax (585) 244-0956

SYRACUSE
250 South Clinton Street, Suite 200
Syracuse, NY 13202
Tel. (315) 424-1743
Fax (315) 479-6716

WHITE PLAINS
10 Bank Street, 7th Floor, Ste. 740
White Plains, NY 10606
Tel. (914) 993-6700
Fax (914) 993-6714

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## CHARGE OF DISCRIMINATION

For Official Use Only – Charge Number:

EEOC Form 5A (June 2023)

| | |
|---|---|
| **Personal Information** | First Name: Cletus MI: ____ Last Name: Blackman-Gay<br>Address: 270 S First Ave Apt.: 3 FL<br>City: Mount Vernon County: ________ State: NY Zip Code: 10550<br>Phone: 914-392-0627 Home ☐ Work ☐ Cell ☑ Email: cletusblackmangay@icloud.com |
| **Who do you think discriminated against you?** | Employer ☐ Union ☑ Employment Agency ☐ Other Organization ☐<br>Organization Name: 1199SEIU Health Care Workers East<br>Address: 498, 7th Avenue Suite: ________<br>City: New York State: NY Zip Code: 10018 Phone: 212-582-1890 |
| **Why you think you were discriminated against?** | Race ☐ Color ☐ Religion ☐ Sex ☐ National Origin ☐ Age ☐ Pregnancy ☐<br>Disability ☐ Genetic Information ☐ Retaliation ☑ Other ☑(*specify*) |
| **What happened to you that you think was discriminatory?** | **Date of most recent job action you think was discriminatory:** 06/16/2025<br>**Also describe briefly each job action you think was discriminatory and when it happened (estimate).**<br>I was employed by 1199SEIU Health Cre workers East from May 2002 until my termination on June 16 2025. Prior to my termination there was a Union wide election of officers and the presidency of 1199SEIU wherein I had supported the then president of our Union who lost the election, however on June 16 2025 @ 10 am I was asked to join a meeting with HR and the Union's lawyer, where I was informed that the new leadership of 1199SEIU HCWE. has terminated me for cause effective today, due to inapporate conduct and legitimate concerns over my ability to carryout the plans of the newely elected leadership going foward. I was also the chair of a group of Organizers who met monthly to address any injustices we identified within the Union and to advocate for better working conditions. |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>**I declare under penalty of perjury that the above is true and correct.**<br>**Signature:** Cletus B Gay **Date:** 4/10/2026 |